IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> v. <br><br> IDALIS MENDEZ <br><br> Defendant. | CRIMINAL ACTION <br> NO. 16-498-03 |

## ORDER

**AND NOW**, this 20th day of July 2023, upon consideration of Defendant Idalis Mendez's Motion for Compassionate Release (Doc. No. 317), the Government's Response in Opposition (Doc. No. 326), Defendant's supplemental pro se Letters (Doc. Nos. 338, 339, 340), and the Government's Supplemental Response in Opposition (Doc. No. 341), it is **ORDERED** that the Motion for Compassionate Release (Doc. No. 317) is **DENIED**.

BY THE COURT:

/s/ Joel H. Slomsky
JOEL H. SLOMSKY, J.